UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                              Case No: 1:14-cr-161

v.                                         HON. JANET T. NEFF

SCOTT NORMON FORCE,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed October 29, 2014 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt 19) is APPROVED and ADOPTED as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count Two of the Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.


Dated:  November 20, 2014                           /s/Janet T. Neff
                                                                  JANET T. NEFF
                                                                    United States District Judge